[No. 2868–2. Division Two. July 5, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STANLEY D.
ROSE, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 3265, Gerry L. Alexander, J., entered March

31, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.